IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: ROBERT KEVIN FINNEY and LISA M FINNEY          CASE NO: 4:18-bk-12138 T
DEBTORS                                                CHAPTER 13

## CHAPTER 13 ORDER WITHDRAWING
## TRUSTEE'S OBJECTION TO CONFIRMATION

The court, for cause shown, grants the Trustee's request to withdraw the Trustee's Objection to Confirmation filed July 27, 2018, Docket Entry 38, set for hearing on August 30, 2018, at 9:00 am.

IT IS SO ORDERED.

Date:   August 02, 2018                 /s/ Richard D. Taylor
                                        Richard D. Taylor
                                        United States Bankruptcy Judge

cc:   Joyce Bradley Babin, Trustee

      Matthew D Mentgen
      P O Box 164439
      Little Rock, AR  72216

      Robert Kevin Finney and Lisa M Finney
      3 Escocia Ln.
      Hot Springs Village, AR  71909-7600

GO 11-9 / sr / 058