IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:  ROBERT KEVIN FINNEY and LISA M FINNEY
　　　　DEBTORS

CASE NO: 4:18-bk-12138 T
CHAPTER 13

## CHAPTER 13 ORDER REQUIRING STRICT COMPLIANCE

Before the court is the Motion to Dismiss filed by the Trustee on December 29, 2021, as a result of the debtors' failure to make payments as required by the plan. The motion was set for hearing on January 19, 2022. Prior to the hearing, the motion was settled, and a hearing was not necessary. The court finds that the debtors are in default under the terms of the plan. The Trustee has agreed to withdraw the Motion to Dismiss conditioned upon the debtors complying with the following:

The debtors shall resume payments to the Trustee by making FULL and TIMELY plan payments to be received and credited by the last business day of the month for each month during the following period:    February 2022 through July 2022.

IT IS ORDERED that the Trustee's Motion to Dismiss is hereby withdrawn conditioned upon the debtors complying with the above provision(s). Failure of the debtors to comply with this order may result in the Trustee's Motion to Dismiss being granted and the case being dismissed without further notice or hearing.

Date:  January 19, 2022

/s/ RICHARD D. TAYLOR
RICHARD D. TAYLOR
United States Bankruptcy Judge

cc:   Joyce Bradley Babin, Trustee

　　　Matthew D. Mentgen, Attorney for Debtors

　　　ROBERT KEVIN FINNEY and LISA M FINNEY
　　　3 Escocia Ln.
　　　Hot Springs Village, AR  71909-7600

GO11-11a/ 121 Strict Compliance Order / tr