i

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN  DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:    ROBERT KEVIN FINNEY                                          CASE NO: 4:18-bk-12138 T
          Debtor                                                                     Chapter 13

### CHAPTER 13 ORDER TO PAY TRUSTEE
### (DIRECT PAY)

The above named debtor has filed a petition under Chapter 13 of the United States Bankruptcy Code.

IT IS ORDERED that until further orders of this court, the debtor named above shall pay the sum of **$430.00 MONTHLY** and each succeeding period thereafter to:

> Joyce Bradley Babin, Trustee
> 3411 Momentum Place
> Chicago, IL 60689-5334

IT IS FURTHER ORDERED that all funds forwarded to the Trustee shall be by money order, cashier's check,  or other payment form accepted by the Trustee and are due **by the 22nd of each month unless scheduled otherwise.**

IT IS FURTHER ORDERED that the payments required herein are to commence immediately upon receipt of this Order.

IT IS FURTHER ORDERED THAT this Order supersedes any previous order to the debtor to make payments to the Trustee in this case.

Date:  January 25, 2022                                   /s/ RICHARD D. TAYLOR
                                                                     RICHARD D. TAYLOR
                                                                     United States Bankruptcy Judge

cc:   Joyce Bradley Babin
       Matthew D. Mentgen
       ROBERT KEVIN FINNEY
       LISA M FINNEY

GO 11-2 / ann      / 3