IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| In re: Robert Kevin Finney and Lisa M Finney | Case No.: 4:18-bk-12138 |
| Debtors | Chapter 13 |

## MOTION TO SELL REAL PROPERTY
## FREE AND CLEAR OF LIENS

COMES NOW Robert Kevin Finney and Lisa M Finney ("**Debtors**"), by and through their attorney, Matthew D. Mentgen, and for their Motion to Sell Real Property Free and Clear of Liens (**"Motion to Sell"**), state as follows:

1. This court has jurisdiction over this **Motion to Sell** pursuant to 28 U.S.C. §157, §1334 and Bankruptcy Rule 6004 and 2002(a)(2). This is a core proceeding. The petition commencing this Chapter 13 case was filed on April 17, 2018 [Dkt. No. 1].

2. This **Motion to Sell** arises under 11 U.S.C. § 363(f) and Bankruptcy Rule 6004(c).

3. **Debtors** are the owners of real property located at 3 Escocia Ln, Hot Springs Village, AR 71909-7605 (**"the Property"**).

4. **Debtors** scheduled the Property on Official Form 106A/B filed in this case on May 22, 2018 with a value as of the petition date of $123,850.00 [Dkt. No. 11]. **The Property** was not encumbered at the time of filing and remains unencumbered. **Debtors** exempted $47,350.00 of **the Property** on Official Form 106C [Dkt. No. 11].

5. **Debtors** filed a chapter 13 plan proposing to pay all creditors in full on August 1, 2018 [Dkt. No. 40]. This Court confirmed this chapter 13 plan on August 27, 2018 [Dkt. No. 47].

6. **Debtors** have listed **the Property** for sale with Josh Davis, Vylla Home. **Debtors** are asking $300,000 for **the Property**.

7. **Debtors** propose to sell **the Property**, free and clear of all liens and encumbrances.

8. Proceeds from the sale shall be used to pay **Debtors'** closing costs, including real estate commissions to realtors, and real estate taxes. Further, proceeds from the sale shall be used to pay in full all remaining claims filed in this bankruptcy case. These funds shall be submitted directly to the Chapter 13 Trustee servicing this case by the closing agent.

9. **Debtors** shall be entitled to any remaining proceeds from the sale after all costs, fees, and claims as described above in paragraph 8 have been paid.

10. Debtors request that the fourteen-day rule set forth in Bankruptcy Rule 6004(h) not apply to this sale.

11. An order granting this motion shall be deemed moot after 90 days.

**WHEREFORE,** debtors, Robert Kevin Finney and Lisa M Finney, pray that this Motion be granted and for all other just and proper relief to which they may be entitled.


Respectfully submitted,

/s/ Matthew D Mentgen
Matthew D. Mentgen  2008096
Attorney for Debtors
PO Box 164439
Little Rock, AR 72216
(501) 392-5662