IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| In re: Robert Kevin Finney and Lisa M Finney<br>Debtors | Case No.: 4:18-bk-12138<br>Chapter 13 |

## APPLICATION TO EMPLOY REALTOR

**COMES NOW** the debtors, Robert Kevin Finney and Lisa M Finney (**"Debtors"**), by and through their attorney, Matthew D. Mentgen, and for their Motion to Employ Real Estate Agent state as follows:

1. Debtors filed a Motion to Sell Real Property on April 25, 2022.
2. To accomplish this sale, it will be necessary for **Debtors** to employ a licensed real estate agent.
3. That, **Debtors** desire to employ Josh Davis with Vylla Home. The real estate commission fee will be: 4.0%.

**WHEREFORE**, Debtors, Robert Kevin Finney and Lisa M Finney, pray that this Application to Employ be granted and for all other just and proper relief to which they may be entitled.

Respectfully submitted, /

s/ Matthew D Mentgen
Matthew D. Mentgen
Ark Bar # 2008096
Attorney for Debtors
PO Box 164439
Little Rock, AR 72216
(501) 392-5662